SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:      310.228.3700
Facsimile:      310.228.3701
jramsey@sheppardmullin.com

KLEIN MOYNIHAN TURCO LLP
NEIL E. ASNEN (*pro hac vice to be filed*)
450 Seventh Avenue, 40th Floor
New York, New York 10123
Telephone:      212-246-0900
Facsimile:      212-216-9559
nasnen@kleinmoynihan.com

Attorneys for Defendant
DIGITAL MEDIA SOLUTIONS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA GREENBERG, an individual, JOHN JUDGE, an individual, KAREN MANDEL, an individual, ANDREW MONROE, an individual, and KATIE VAN CLEAVE an individual;<br><br>                Plaintiffs,<br><br>          v.<br><br>DIGITAL MEDIA SOLUTIONS LLC, a Delaware limited liability company, BILCO MEDIA INC., a business entity of unknown organization, ALLAN HUGHES, an individual, and DOES 1-100,<br><br>                Defendants. | Case No.: 3:19-cv-355<br><br>**DEFENDANT DIGITAL MEDIA SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Removed from the Superior Court of the State of California, San Francisco County, Case No. CGC-18-572010<br><br>Action Filed: December 12, 2018 |

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel of record for Digital Media Solutions, LLC certifies no publicly held corporations own an interest of 10% or more in it and that it is held by Best Rate Holdings, LLC.

Dated:  January 22, 2019          SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

By        _____
                        */s/ Jay T. Ramsey*
                          JAY T. RAMSEY

          KLEIN MOYNIHAN TURCO LLP
          Neil Asnen (*pro hac vice* to be filed)

          Attorneys for Defendants
          DIGITAL MEDIA SOLUTIONS LLC

CORPORATE DISCLOSURE STATEMENT